UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ARGENT MORTGAGE CO., LLC | ) | CASE NO.1:06CV580 |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| Vs. | ) | |
| LARISSA THOMAS, ET AL., | ) | ORDER |
| Defendant. | ) | |

CHRISTOPHER A. BOYKO, J:

Upon a review of the docket, the Court notes that the Complaint was filed on March 14, 2006. Service was attempted on Defendants and returned unexecuted on March 23, 2006. On August 4, 2006, the Court granted Plaintiff's Motion for Service by Publication. Since that time, the Court finds no record of any attempted service by publication or activity of any kind. Therefore, pursuant to Fed. R. Civ. P. 4(m) Plaintiff shall show cause why it has not perfected or attempted service since August 4, 2006. Failure to demonstrate good cause, in writing, by December 28, 2006, will result in dismissal without prejudice.

IT IS SO ORDERED.

12/21/06
Date

CHRISTOPHER A. BOYKO
United States District Judge